DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MONTONIA THURMAN,

Appellant,

v.

SALVADOR MORALES and SRS DISRIBUTION, INC.,

Appellees.

No. 2D2025-0770

————————————————

June 3, 2026

Appeal from the Circuit Court for Hillaborough County; Laura E. Ward, Judge.

Ronald D. Rodman of Friedan, Rodman Frand & Estrada, P.A., for Appellant.

Joseph A. Hess, Marshall Dennehey, and Michael J. Bradford of Marshall Dennehey P.C., Tampa, for Appellee Salvador Morales.

No appearance for Appellee SRS Distribution, Inc.

PER CURIAM.

Affirmed.

NORTHCUTT, SMITH, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior publication.